JAMES T. PHELAN and Another, as Trustees, etc., of JAMES J. PHELAN, Deceased, v. NEW YORK TITLE AND MORTGAGE COMPANY and JOHN J. PHELAN, Individually and as a Trustee, etc., of JAMES J. PHELAN, Deceased.— Motion denied, with

ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.